ACCEPTED
08-15-00054-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
6/15/2015 7:27:27 AM
DENISE PACHECO
CLERK

# IN THE COURT OF APPEALS
## FOR THE EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
6/15/2015 7:27:27 AM
DENISE PACHECO
Clerk

| | | |
|---|---|---|
| **THOMAS A. SCHOBER d/b/a EL PASO HOME BUYERS, III**, | § § § § § § | |
| Appellants, | § § | |
| v. | § § | No. 08-15-00054-CV |
| **KEVIN ZIEGLER and ELIZABETH ZIEGLER** | § § § § § | |
| Appellees. | § § | |

---

### APPELLEES' SECOND UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF

---

**TO THE HONORABLE COURT OF APPEALS:**

COME NOW KEVIN ZIEGLER AND ELIZABETH ZIEGLER, and file this First Unopposed Motion for an Extension of Time to File Appellees' Brief, and would show the Court the following:

1.      This is an appeal from a judgment signed by the court based on default that was signed on August 27, 2014.  Appellant's Brief was filed on April 16, 2015.  Appellees' Brief is now due to be filed June 14, 2015.

2.      Appellees request a 30-day extension of time to file Appellees' Brief. This extension is requested because Appellees' attorney will be unable to complete

1

the Brief by the due date because of the complexity of the legal issues presented and counsel's responsibilities on other urgent client matters.

3.     This is Appellees' second motion for an extension of time to file Appellees' Brief. This request is not made for purposes of delay, but so that justice may be done.

4.     Appellant does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, KEVIN ZIEGLER AND ELIZABETH ZIEGLER, Appellees, request a 30-day extension of time to file Appellees' Brief, and such other and further relief to which they may be justly entitled.

Respectfully submitted,

*/s/ Michael J. Zimprich*

_____
The Law Offices of Michael J. Zimprich, PLLC
7001 Westwind Drive, Suite 205
El Paso, TX 79912
(915) 317-1238
(915) 613-2881 [telecopier]
Email: mjzimp@mjzlaw-ep.com
ATTORNEY FOR APPELLEES

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that this pleading was served to Gino Estrada, Attorney & Counselor at Law, 9434 Viscount Blvd., Suite 150, El Paso, TX 79925, Attorneys for Appellant, by electronic service, on June 15, 2015.

*/s/ Michael J. Zimprich*

_____

## CERTIFICATE OF CONFERENCE

The undersigned attorney has conferred with counsel for Appellant. Appellant does not oppose this motion.

*/s/ Michael J. Zimprich*

_____